JOHN P. DESMOND
Nevada Bar No. 5618
JUSTIN J. BUSTOS
Nevada Bar No. 10320
DICKINSON WRIGHT PLLC
100 W. Liberty, Suite 940
Reno, Nevada 89501
Tel: 775-343-7505
Fax: 844-670-6009
Email: jdesmond@dickinsonwright.com
Email: jbustos@dickinsonwright.com

JASON J. KIM (*will comply with LR IA 11-2 within 14 days*)
HUNTON ANDREWS KURTH LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071
Tel: 213-532-2114
Fax: 213-532-2020
Email: kimj@HuntonAK.com

*Attorneys for Defendant Samsung Electronics America, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAY GELIZON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendant. | Case No. 2:22-cv-01706-APG-DJA <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** <br><br> **(FIRST REQUEST)** |

Defendant Samsung Electronics America, Inc. ("Samsung") and Plaintiff Jay Gelizon ("Gelizon"), by and through their respective counsel of record, stipulate and agree as follows:

1. Plaintiff filed this lawsuit on September 2, 2022 against Samsung in the Eighth Judicial District Court, Clark County, Nevada, styled as *Jay Gelizon v. Samsung Electronics America, Inc.*, Case No. A-22-857862-C, Department 3 (the "State Action").

2. Plaintiff served a copy of the Complaint in the State Action on Samsung on September 14, 2022.

3. On October 10, 2022, Samsung removed the State Action to this Court (ECF No. 1).

4. Samsung's time to respond to the Complaint has not passed and runs until October 17, 2022. Fed. R. Civ. P. 81(c)(2)(C).

5. Samsung respectfully requests a forty-nine (49) day enlargement of time, up to and including December 5, 2022, in which to answer, move, or otherwise respond to the Complaint so that it may, among other things, gather information related to the allegations in the Complaint.

6. Plaintiff previously agreed to the same enlargement of time in the State Action, and, by this stipulation, reaffirms that agreement now that the case has been removed to this Court.

7. This stipulation is brought in good faith and not for the purpose of delay.

///
///
///
///
///
///

8. This is the first request filed in this Court for an extension of the deadline to respond to the Complaint.

| | |
|---|---|
| Dated: October 11, 2022 | Dated: October 11, 2022 |
| KIND LAW | DICKINSON WRIGHT PLLC |
| /s/ Michael Kind | /s/ Justin J. Bustos |
| Michael Kind, Esq.<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, NV 89123<br>Phone: (702) 337-2322<br>FAX: (702) 329-5881<br>Email: mk@kindlaw.com<br><br>Bryan Paul Thompson, Esq.<br>(*pro hac vice to be submitted*)<br>Robert W. Harrer, Esq.<br>(*pro hac vice to be submitted*)<br>CHICAGO CONSUMER LAW CENTER, P.C.<br>Cook County Firm No. 62709<br>33 N. Dearborn St., Suite 400<br>Chicago, Illinois 60602<br>Phone: 312-858-3239<br>FAX: 312-610-5646<br>Email: bryan.thompson@cclc-law.com<br>Email: rob.harrer@cclc-law.com<br>*Attorneys for Plaintiff Jay Gelizon and on behalf of all others similarly situated* | JOHN P. DESMOND<br>Nevada Bar No. 5618<br>JUSTIN J. BUSTOS<br>Nevada Bar No. 10320<br>100 W. Liberty, Suite 940<br>Reno, Nevada 89501<br>Tel: 775-343-7505<br>Fax: 844-670-6009<br>Email: jdesmond@dickinsonwright.com<br>Email: jbustos@dickinsonwright.com<br><br>JASON J. KIM (*pro hac* vice to be filed)<br>HUNTON ANDREWS KURTH LLP<br>550 South Hope Street<br>Suite 2000<br>Los Angeles, CA 90071<br>Tel: 213-532-2114<br>Fax: 213-532-2020<br>kimj@HuntonAK.com<br><br>*Attorneys for Defendant Samsung Electronics America, Inc.* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 12, 2022

## CERTIFICATE OF SERVICE

I certify that I am an employee of DICKINSON WRIGHT PLLC, and that on this date, pursuant to NRCP 5(b), I am serving a true and correct copy of **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** on the parties through the United States District Court's CM/ECF and email as set forth below:

Michael Kind, Esq.
Nevada Bar No. 13903
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Phone: (702 337-2322
FAX: (702) 329-5881
Email: mk@kindlaw.com

Bryan Paul Thompson, Esq.
(*pro hac vice to be submitted*)
Robert W. Harrer, Esq.
(*pro hac vice to be submitted*)
CHICAGO CONSUMER LAW CENTER, P.C.
Cook County Firm No. 62709
33 N. Dearborn St., Suite 400
Chicago, Illinois 60602
Phone: 312-858-3239
FAX: 312-610-5646
Email: bryan.thompson@cclc-law.com
Email: rob.harrer@cclc-law.com
*Attorneys for Plaintiff Jay Gelizon and on behalf of all others similarly situated*

DATED this 11th day of October, 2022.

/s/ Laura P. Browning
An Employee of DICKINSON WRIGHT PLLC