## UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## U.S. District Court for the District of New Jersey

IN RE: **IN RE: SAMSUNG CUSTOMER DATA SECURITY BREACH LITIGATION**

MDL Docket Number: 23−3055
Master Docket Number District of New Jersey: 1:23−md−03055−CPO−EAP
Case Number District of New Jersey: 1:23−cv−00917−CPO−EAP

NOTICE TO ALL COUNSEL:

On 02/16/2023 the Judicial Panel on Multidistrict Litigation transferred the following action(s) concerning this litigation to the District of New Jersey: GELIZON v. SAMSUNG ELECTRONICS AMERICA, INC..

All communication regarding this litigation should be directed to the Camden, NJ Office. Judge Christine P. O'Hearn, has been assigned to this MDL case. His/Her address is 4th & Cooper Street, Camden, NJ 08101. His/Her Courtroom Deputy is HALEY MINIX and can be reached at 856−757−5767.

The District of New Jersey requires documents be filed electronically. Please refer to the Court's website www.njd.uscourts.gov and specifically, the ECF Policies and Procedures therein to obtain information on becoming an Electronic Filing User in the District of New Jersey. We refer you to the ECF Policies and Procedures which can be found on the Court's website.

The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the Court's website. Another helpful resource is the New Jersey Federal Practice Rules by Gann Law Books.

Very truly yours,

CLERK OF COURT
By Deputy Clerk, ssp